Rocky M. Contreras,
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

519 S. Stevenson St. Apt#C, Visalia, California. 93277

ADDRESS

FILED

08 JUN 27 PM 2:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ cr _____ DEPUTY

# United States District Court
## Southern District Of California

'08 CV 1154 JLS POR

| | |
|---|---|
| Rocky M. Contreras,<br>  Plaintiff/Petitioner/Movant<br>v.<br>Walter J. Brudzinski, U.S.C.G.,<br>  Defendant/Respondent | Civil No. _____<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, Rocky M. Contreras, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☐ Yes  ☒ No      (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?                  ☐ Yes  ☐ No
    Do you receive any payment from the institution?  ☐ Yes  ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   04-25-08 Last Date employed. Hrly Rate $30.25
   Howe electric, inc.
   4682 E. Olive Avenue, Fresno, California. 93702-1636

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☒ Yes ☐ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   i worked 3 weeks before i was as well as others were layed off due to contract issues, i was layed off dated: 04-25-08. ive been unemployed all this time as of todays date. I hope things will pick up soon with the union local 100 out of fresno, CA.

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s)
   b. Present balance in account(s): 0

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes [X] No
   If "Yes" describe the property and state its value. _____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   deboRAH Johnston      Alimony $100.00

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):



10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):



11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.



**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE

06-20-08.

_____
SIGNATURE OF APPLICANT