FILED
08 JUN 27 PM 2:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Rocky M. Contreras,

v.

Walter J. Brudzinski, U.S.C.G. Admin Judge, et al.

Civil No. '08 CV 1154 JLS POR

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A. my claim is meritorious (that is, I have a good case), and

    B. I have made a reasonably diligent effort to obtain counsel, and

    C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes      _X_ No

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4       B.    Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6      ____ Yes     ____ No
7       C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10  request for counsel.</u>
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25
26
27
28  (Attach additional sheets as needed)

| | | |
|---|---|---|
|1| 4. | Have you talked with any attorney about handling your claim? |
|2| | _____ Yes        __✗__ No |
|3| | If "YES," give the following information about <u>each</u> attorney with whom you talked: |

4  Attorney: _____

5  When: _____

6  Where: _____

7  How (by telephone, in person, etc.): _____

8  Why attorney was not employed to handle your claim: _____

9  _____

10 _____

11

12 Attorney: _____

13 When: _____

14 Where: _____

15 How (by telephone, in person, etc.): _____

16 Why attorney was not employed to handle your claim:

17 _____

18 _____

19

20 Attorney: _____

21 When: _____

22 Where: _____

23 How (by telephone, in person, etc.): _____

24 Why attorney was not employed to handle your claim:

25 _____

26 _____

27 _____

28 (Attach additional sheets as needed)

1  5. Explain any other efforts you have made to contact an attorney to handle your claim:

6.  Give any other information which supports your application for the court to appoint an attorney for you:

this matter is related to CASE NO. 08CV0044 BEN (WMC) please understand that attorneys arent interested in my matter due to my being broke. I dont have the money that they want. I believe that this other U.S.C.G. administrative Judge is wanting to get back at me for my complaint against the first Judge. I need help.

THIS MATTER HAS TAKEN Me from my GAINFUL employment AS A U.S MERCHANT SAILOR. THIS MATTER has PREVENTED Me from UP'DATING my TRAINING AS A MERCHANT SAILOR

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney.  The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?   ___ yes   _x_ no   ___ am self-employed

Name and address of employer:

1  If employed, how much do you earn per month? _____

2  If not employed, give month and year of last employment: 04/25/08

3  How much did you earn per month in your last employment? $2,488.00

4  If married, is your spouse employed? _X_ yes ___ no

5  If "YES," how much does your spouse earn per month? My Spouse Ran out on me, my Spouse Lives in Another City Away from me.

6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7  income? _____

8

9      B.    Assets

10       (i)    Other Income

11 Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? _X_ yes ___ no

14 If "YES," give the amount received and identify the sources:

15       $ Received                   Source

16 $200.00 personal Loan from → Biological Brother (Mario Contreras)

17 he helps me Stay up while work is Slow

18

19

20

21

22

23

24

25

26

27

28 (Attach additional sheets as necessary)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)      5



**HOWE Electric, Inc.**

## NOTICE OF TERMINATION

Rev. 3/96

Name: __Rocky Mel Contreras__   Social Security Number: __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__

I.B.E.W. Local Union #: __100__   Date Terminated: __4/25/08__

Occupation:
- ☒ Journeyman
- ☐ Apprentice
- ☐ Foreman
- ☐ Superintendent
- ☐ General Foreman
- ☐ Other

Reason for Termination (Please ✓ One)

**Discharge**
- ☐ Absenteeism
- ☐ Misconduct
- ☐ Not Qualified
- ☐ Other (Explain)

**Layoff**
- ☒ Reduction in Force
- ☐ Requested
- ☐ Other (Explain)

**Voluntary Termination**
- ☐ Dissatisfied
- ☐ Sickness/Injury
- ☐ Retirement
- ☐ Other (Explain)

Explanation: _____

_____   __4/25/08__
Supervisor Signature        Date

EMPLOYEE - WHITE   HOWE ELECTRIC, INC. - YELLOW/PINK