UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 21 PM 4:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY NUNC PRO TUNC DEPUTY

JUL 15 2008

Rocky M. Contreras,

          Plaintiff,

-v-

walter J Brudzinski, U.S.C.G.
Administrative Law Judge, et al.,

          Defendant,

Motion to Amend [Exhibits A thru O] in Accordance to 38 U.S.C. Section 7105(C); and 38 U.S.C. Section 5108.
Docket No.# 08CV1154 (JLS)

Plaintiff, proper

      Plaintiff comes now with this motion to Amend, information which is material in accordance to 38 U.S.C. Section 7105(c); and 38 U.S.C. 5108. to the Motion and Declaration under penalty of perjury in support of Motion to proceed in Forma Pauperis and Request for Appointment of Counsel under the Civil Rights Act of 1964, 42 U.S.C. 2000e 5(f)(1); Declaration in Support of Request.

      Note: in answer to Request for Appointment of Counsel, Page #5. Question- Have you recieved within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interests, dividends, retirement of annuity payments or other sources? Note: Plaintiffs, [Exhibits A thru O]. In accordance to 38 U.S.C. Section 7105(c); and 38 U.S.C. 5108.

Thank you
Sincerely,

X _____
Rocky M. Contreras,   Plaintiff, proper

DATED: 07-10-08.
RC

```
                        R. CONTRERAS           SSA# 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 / WEEK PAID
    25291               CLAIM EXPIRES          06-28-08            07-21-07  $307.00
                                                                   07-28-07  $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $6440.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                   DETACH THIS STUB FOR YOUR RECORD


                        R. CONTRERAS           SSA# 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 / WEEK PAID
    24881               CLAIM EXPIRES          06-28-08            09-01-07  $307.00
                                                                   09-08-07  $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $4598.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                   DETACH THIS STUB FOR YOUR RECORD


                        R. CONTRERAS           SSA# 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 / WEEK PAID
    24084               CLAIM EXPIRES          06-28-08            09-15-07  $307.00
                                                                   09-22-07  $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $3984.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                   DETACH THIS STUB FOR YOUR RECORD


                        R. CONTRERAS           SSA# 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 / WEEK PAID
    14748               CLAIM EXPIRES          06-28-08            09-29-07  $307.00
                                                                   10-06-07  $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $3370.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                   DETACH THIS STUB FOR YOUR RECORD
```

R. CONTRERAS            SSA# 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 / WEEK PAID
8736       CLAIM EXPIRES  06-28-08         10-13-07   $307.00
                                            10-20-07   $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $2756.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

21876282

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                DETACH THIS STUB FOR YOUR RECORD

R. CONTRERAS            SSA# 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 / WEEK PAID
28595      CLAIM EXPIRES  06-28-08         10-27-07   $307.00
                                            11-03-07   $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $2142.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

22235114

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                DETACH THIS STUB FOR YOUR RECORD

R. CONTRERAS            SSA# 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 / WEEK PAID
33393      CLAIM EXPIRES  06-28-08         11-10-07   $307.00
                                            11-17-07   $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $1528.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

22624807

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                DETACH THIS STUB FOR YOUR RECORD

R. CONTRERAS            SSA# 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 / WEEK PAID
28554      CLAIM EXPIRES  06-28-08         11-24-07   $307.00
                                            12-01-07   $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $914.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

23018611

ALLOW 10 DAYS FOR DELIVERY OF CHECK.                DETACH THIS STUB FOR YOUR RECORD

B



**LOCAL UNION No. 100 I.B.E.W.**

Phone (559) 251-8241

*AFFILIATED WITH FRESNO, MADERA, KINGS AND*
*TULARE COUNTIES BUILDING TRADES COUNCIL, AFL-CIO*

**1921 North Gateway, Suite 102, Fresno, California 93727**

Introducing   Card No _____   L.U. No. _____

Name: Rocky M. Contrares          Date: January 4, 2008

Street Address: 519 N. STEVENSON ST

City: VISALIA      State: CA      Zip: 93277

Contractor's Name: CONTRA COSTA ELECTRIC

Worksite: SHOP      Location: -

Day and Time: 01/04/2008 12:00:00 AM      Labor Classification: (JW) JOURNEYMAN WIREMAN

Wage Scale: 30.35      Travel: $10.50

Gerald Zumwalt
**(Business Manager)**

**PLEASE NOTE:**
You are required to present identification, such as a valid Driver's License and a Social Security Card, to your new employer. This is required by law to complete the I-9 form.

01/11/2008  11:21   9252291958                    PAYROLL                                   PAGE  01/02

ROCKY M. CONTRERAS                 Emp#: 18964   Dept: 100

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | Pay Ending This Pay | 01/13/2008 To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 2.00 | 30.350 | 60.70 | | | Gross | 60.70 | 60.70 |
| | | | | | | Federal Tax | | |
| | | | | | | SocSec | 3.76 | 3.76 |
| | | | | | | Medicare | 0.88 | 0.88 |
| | | | | | | State Tax | | |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 0.49 | 0.49 |
| | | | | | | Dues | | |
| | | | | | | Vac | 7.28 | 7.28 |
| | | | | | | Misc | 0.20 | 0.20 |

7075

* Non-Negotiable *

Net  48.09

7075

CHECK NO. 100879   CONTRA COSTA ELECTRIC, INC.   P.O. BOX 2523, MARTINEZ, CA 94553   (925) 229-4250

ROCKY M. CONTRERAS         Emp# : 18964   Dept : 100         Pay Ending 01/13/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 32.00 | 30.350 | 971.20 | | | Gross | 1,244.38 | 1,305.08 |
| Overtime | 6.00 | 45.530 | 273.18 | | | Federal Tax | 148.82 | 148.82 |
| | | | | | | SocSec | 77.15 | 80.91 |
| | | | | Adj. to Net | 52.50 | Medicare | 18.04 | 18.92 |
| | | | | | | State Tax | 37.05 | 37.05 |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 9.96 | 10.45 |
| | | | | | | Dues | | |
| | | | | | | Vac | 149.33 | 156.61 |
| | | | | | | Misc | 3.80 | 4.00 |

Net   852.73

CHECK NO. 101445   CONTRA COSTA ELECTRIC, INC.   P.O. BOX 2523, MARTINEZ, CA 94553   (925) 229-4250

ROCKY M. CONTRERAS         Emp# : 18964   Dept : 100         Pay Ending 01/20/2008

| Earnings | Hours | Rate | Wages | Adjustments | Amount | Deductions | This Pay | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 22.50 | 30.350 | 682.88 | | | Gross | 865.00 | 2,170.08 |
| Overtime | 4.00 | 45.530 | 182.12 | | | Federal Tax | 91.91 | 240.73 |
| | | | | | | SocSec | 53.63 | 134.54 |
| | | | | Adj. to Net | 42.00 | Medicare | 12.54 | 31.46 |
| | | | | | | State Tax | 17.35 | 54.40 |
| | | | | | | Local Tax | | |
| | | | | | | SDI | 6.92 | 17.37 |
| | | | | | | Dues | | |
| | | | | | | Vac | 103.80 | 260.41 |
| | | | | | | Misc | 2.65 | 6.65 |

Net   618.20

E

*[Page rotated 90°. Content reads as two paystubs from CONTRA COSTA ELECTRIC, INC.]*

## Paystub 1

**ROCKY M. CONTRERAS**  Emp#: 18964  Dept: 100

| Earnings | Hours | Rate | Wages | Adjustments | Deductions | Amount | Pay Ending This Pay 01/27/2008 | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 32.00 | 30.350 | 971.20 | | Gross | | 1,335.44 | 4,567.81 |
| Overtime | 8.00 | 45.530 | 364.24 | | Federal Tax | | 162.48 | 524.72 |
| | | | | | SocSec | | 82.80 | 283.20 |
| | | | | Adj. to Net | Medicare | 42.00 | 19.36 | 66.22 |
| | | | | | State Tax | | 42.52 | 123.05 |
| | | | | | Local Tax | | | |
| | | | | | SDI | | 10.68 | 36.55 |
| | | | | | Dues | | 28.05 | |
| | | | | | Vac | | 160.25 | 420.66 |
| | | | | | Misc | | 4.00 | 10.65 |

CHECK NO. 102016  Net  895.35

## Paystub 2

**ROCKY M. CONTRERAS**  Emp#: 18964  Dept: 100

| Earnings | Hours | Rate | Wages | Adjustments | Deductions | Amount | Pay Ending This Pay 02/03/2008 | To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 26.00 | 30.350 | 789.11 | | Gross | | 1,062.29 | 3,505.52 |
| Overtime | 6.00 | 45.530 | 273.18 | | Federal Tax | | 121.51 | 403.21 |
| | | | | | SocSec | | 65.86 | 217.34 |
| | | | | Adj. to Net | Medicare | 42.00 | 15.40 | 50.82 |
| | | | | | State Tax | | 26.13 | 96.92 |
| | | | | | Local Tax | | | |
| | | | | | SDI | | 8.50 | 28.05 |
| | | | | | Dues | | | |
| | | | | | Vac | | 127.47 | 548.13 |
| | | | | | Misc | | 3.20 | 13.85 |

CHECK NO. 102622  CONTRA COSTA ELECTRIC, INC. P.O. BOX 2523, MARTINEZ, CA 94553 (925) 229-4250  Net  736.22

**Contra Costa Electric**

*An EMCOR Company*

Contra Costa Electric, Inc.
4690 E. Carmen Ave.
Fresno, CA 93703
Ph: 559.252.1114 • Fax: 559.252.1177

Rocky Contreras,

    I would like to individually thank you for all your hard work here at the Pixley Ethanol Plant. Your dedication, quality and craftsmanship have not gone unnoticed. Your efforts and focus on safety is greatly appreciated
    Please accept this gift card for all you have done.


Thank You,

Matt Furrer
Project Manager
Contra Costa Electric



## LOCAL UNION No. 100 I.B.E.W.

Phone (559) 251-8241

*AFFILIATED WITH FRESNO, MADERA, KINGS AND
TULARE COUNTIES BUILDING TRADES COUNCIL, AFL-CIO*

**1921 North Gateway, Suite 102, Fresno, California 93727**

Introducing       Card No                L.U. No.

Name   Rocky M. Contreras          Date:  February 12, 2008

Street Address   519 N. STEVENSON ST

City   VISALIA            State   CA      Zip  93277

Contractor's Name    HOWE ELECTRIC

Worksite  SHOP         Location -

Day and Time  2/13/2008 7:00:00 AM     Labor Classification (JW) JOURNEYMAN WIREMAN

Wage Scale   30.35      Travel $

Gerald Zumwalt
**(Business Manager)**

**PLEASE NOTE:**
You are required to present identification, such as a valid Driver's License and a Social Security Card, to your new employer. This is required by law to complete the I-9 form.

**HOWE Electric, Inc.**
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

**EMPLOYEE INFORMATION**

ROCKY MEL CONTRERAS   4342

| HOURS | | EARNINGS | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | OTHER PAY |
| 2.00 | | 30.35 | 60.70 | | 1.00 | 20.00 | 20.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| DGSCRN | 20.00 |

**No. 082197**
PAY PERIOD 2-07-08 to 2-13-08
CHECK NO. 82197
TOTAL GROSS 60.70

**DEDUCTIONS THIS PERIOD**

MED    .88 SOC    3.76 CASDI    .49 LMCC    .20 VAC    7.28

**YEAR-TO-DATE TOTALS**

GROSS    60.70 FICA    .49 LMCC
FWH      .00 SWH     4.64 SDI

NET PAY    12.61

---

**HOWE Electric, Inc.**
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

**EMPLOYEE INFORMATION**

ROCKY MEL CONTRERAS   4342

| HOURS | | EARNINGS | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | OTHER PAY |
| 32.00 | | 30.35 | 971.20 | | | | |

| DESCRIPTION | AMOUNT |
|---|---|
| | |

**No. 082419**
PAY PERIOD 2-14-08 to 2-20-08
CHECK NO. 82419
TOTAL GROSS 971.20

**DEDUCTIONS THIS PERIOD**

FWH    14.08 MED    14.75
LMCC   3.20 VAC    116.54    60.22 CASDI    7.77 CASWH    8.26

**YEAR-TO-DATE TOTALS**

GROSS   1031.90 FICA    78.94 SDI
FWH     87.46 SWH    14.75

NET PAY   304.02

667.18

4

**HOWE Electric, Inc.**
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

| HOURS | | RATE | EARNINGS | | BASIS | OTHER PAY | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | RATE | AMOUNT | DESCRIPTION |
| 40.00 | | 30.35 | 1214.00 | | | | | |

**PAY PERIOD:** 2-21-08 to 2-27-08
**CHECK NO.** 82651
**TOTAL GROSS:** 1214.00

**EMPLOYEE INFORMATION**
ROCKY MEL CONTRERAS    4342

**DEDUCTIONS THIS PERIOD**
FWH 123.88   MED 17.61   SOC 75.27   CASDI 9.71   CASWH 26.39
LMCC 4.00   VAC 145.68

**YEAR-TO-DATE TOTALS**
FWH GROSS 2245.90   FICA 171.82   SDI 17.97
211.34 SWH   41.14

**TOTAL DEDUCTIONS:** 402.54
**NET PAY:** 811.46

No. 82651

---

**HOWE Electric, Inc.**
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

| HOURS | | RATE | EARNINGS | | BASIS | OTHER PAY | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | RATE | AMOUNT | DESCRIPTION |
| 38.50 | | 30.35 | 1168.48 | | | | | |

**PAY PERIOD:** 2-28-08 to 3-05-08
**CHECK NO.** 82869
**TOTAL GROSS:** 1168.48

**EMPLOYEE INFORMATION**
ROCKY MEL CONTRERAS    4342

**DEDUCTIONS THIS PERIOD**
FWH 117.05   MED 16.94   SOC 72.44   CASDI 9.35   CASWH 23.65
LMCC 3.85   VAC 140.22

**YEAR-TO-DATE TOTALS**
GROSS 3414.38   FICA 261.20   SDI 27.32
FWH 328.39   SWH 64.79

**TOTAL DEDUCTIONS:** 383.50
**NET PAY:** 784.98

No. 82869

## HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

| HOURS | | RATE | EARNINGS | | BASIS | OTHER PAY | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | RATE | AMOUNT | |
| 26.00 | | 30.35 | 789.10 | | 3.00 | 10.50 | 31.50 | SUB |
| | | | | | 1.00 | 25.00 | 25.00 | DGSCRN |

### DEDUCTIONS THIS PERIOD

FWH 60.14   MED 11.44   SOC 48.93   CASDI 6.31   CASWH 7.46

LMCC 2.60   VAC 94.69

### EMPLOYEE INFORMATION

ROCKY MEL CONTRERAS         GROSS 4203.48   FICA 321.57   SDI 33.63
4342                         FWH   388.53   SWH   72.25

### YEAR-TO-DATE TOTALS

**No. 84165**
CHECK NO. 84165
TOTAL GROSS 789.10
TOTAL DEDUCTIONS 231.57
PAY PERIOD 4-10-08 to 4-16-08
**084165**

---

## HOWE Electric, Inc.
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

| HOURS | | RATE | EARNINGS | | BASIS | OTHER PAY | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | RATE | AMOUNT | |
| 40.00 | | 30.35 | 1214.00 | | 5.00 | 10.50 | 52.50 | SUB |

### DEDUCTIONS THIS PERIOD

FWH 144.07   MED 17.60   SOC 75.26   CASDI 9.71   CASWH 34.06

LMCC 4.00   VAC 145.68

### EMPLOYEE INFORMATION

ROCKY MEL CONTRERAS         GROSS 5417.48   FICA 414.43   SDI 43.34
4342                         FWH   532.60   SWH  106.31

### YEAR-TO-DATE TOTALS

**No. 84357**
CHECK NO. 84357
TOTAL GROSS 1214.00
TOTAL DEDUCTIONS 430.38
NET PAY 836.12
PAY PERIOD 4-17-08 to 4-23-08
**084357**

NET PAY 614.03



**HOWE Electric, Inc.**
4682 E. OLIVE AVENUE, FRESNO, CALIFORNIA 93702-1636

| HOURS | | RATE | EARNINGS | | OTHER PAY | | |
|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION |
| 16.00 | | 30.35 | 485.60 | | 2.00 | 10.50 | 21.00 | SUB |

### DEDUCTIONS THIS PERIOD

| FWH | 34.81 | MED | 7.04 | SOC | 30.11 | CASDI | 3.88 | CASWH | 5.73 |
| LMCC | 1.60 | VAC | 58.27 | | | | | | |

### EMPLOYEE INFORMATION

ROCKY MEL CONTRERAS
4342

### YEAR-TO-DATE TOTALS

| GROSS | 5903.08 | FICA | 451.58 | SDI | 47.22 |
| FWH | 567.41 | SWH | 112.04 | | |

PAY PERIOD: 084358
4-24-08 to 4-25-08

CHECK NO. 84358
No. 84358

TOTAL GROSS: 485.60
TOTAL DEDUCTIONS: 141.44
NET PAY: 365.16

# HOWE Electric, Inc.

## NOTICE OF TERMINATION

Name: Rocky Mel Contreras

Social Security Number: 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

I.B.E.W. Local Union #: 100

Date Terminated: 4/25/08

Occupation:
- ☐ Apprentice
- ☑ Journeyman
- ☐ Foreman
- ☐ Superintendent
- ☐ General Foreman
- ☐ Other

### Reason for Termination (Please ✓ One)

**Layoff**
- ☑ Reduction in Force
- ☐ Requested
- ☐ Other (Explain)

**Discharge**
- ☐ Absenteeism
- ☐ Misconduct
- ☐ Not Qualified
- ☐ Other (Explain)

**Voluntary Termination**
- ☐ Dissatisfied
- ☐ Sickness/Injury
- ☐ Retirement
- ☐ Other (Explain)

Explanation: _____

Supervisor Signature _____ Date: 4/25/08

EMPLOYEE - WHITE    HOWE ELECTRIC, INC. - YELLOW/PINK

Rev. 3/96

# UNEMPLOYMENT INSURANCE



# A GUIDE TO BENEFITS AND EMPLOYMENT SERVICES

**Bilingual Representatives Available**



EDD Employment Development Department
State of California

This booklet is issued by the California Employment Development Department. It contains general information about your rights, responsibilities, and benefits under the California Unemployment Insurance laws. The information is not intended to cover all provisions of the law. For specific information regarding your claim, call the Employment Development Department. The telephone numbers are listed inside this handbook.

**EMPLOYMENT DEVELOPMENT DEPARTMENT**
P.O. BOX 419002
SACRAMENTO, CA 95841

Rocky M. Contreras
5195 Stevenson St Apt C
Visalia, CA
93277-2544



UNITED STATES POSTAGE
$01.00
JUN 16 2008
MAILED FROM ZIP CODE 95841