# UNITED STATES DISTRICT COURT

### Southern District of California

Rocky M. Contreras

                     Plaintiff,

v.                                         Case No.: 3:08–cv–01154–JLS–POR

                                                Judge  Janis L. Sammartino

Walter Brudzinski

                     Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_	**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_	**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court dismisses Plaintiff's complaint for lack of venue without prejudice

                                                                      W. Samuel Hamrick, Jr.,
                                                                              Clerk of the Court

Date: 8/11/08

                                                                      By: s/ M. Zvers, Deputy Clerk

                                                                      ENTERED ON: August 11, 2008