FILED

2008 AUG 11   AM 10: 36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 153859      - TC

August 11, 2008
10:25:14

Civ Fil Non-Pris
USAO #.: 08CV1154
Judge..: JANIS L. SAMMARTINO
Amount.:                $350.00 MO
Check#.: 0095906815

Total-> $350.00

FROM: CONTRERAS
      VS
      BRUDZINSKI