# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rocky M. Contreras

vs

Walter Brudzinski U.S.C.G.
Administrative Law Judge

FILED
2008 AUG 11 AM 11:22
CLERK US...
SUMMONS IN A CIVIL ACTION
Case No.
BY _____ DEPUTY

08CV1154 JLS POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Rocky M. Contreras
519 S. Stevenson Apt C
Visalia, CA. 93277

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    AUGUST 11TH, 08
CLERK                                      DATE
J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)