Case No # 08CV1154JLSPOR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Rocky M. Contreras,
  Plaintiff,

-v-

Walter J. Brudzinski,
USCG Admin Law Judge,
et al.,
  Defendant,

Motion Request to Withdrawl, Motion for In Forma Pauperis, and Motion for Counsel.

FILED
2008 AUG 11 AM 10:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Honorable Judge,

Sir, Plaintiff comes now, to pay the docket fee and to have the U.S Marshals serve the Defendent with the Summons of this Civil Suit.

Thank you
Sincerely,

X _____
Rocky Contreras

Dated: 08-11-08.