# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY M. CONTRERAS,<br><br>               Plaintiff,<br><br> vs.<br><br><br>WALTER J. BRUDZINSKI, U.S.C.G.,<br>Administrative Law Judge<br><br>               Defendant. | CASE NO. 08CV1154 JLS (POR)<br><br>**ORDER (1) DENYING PLAINTIFF'S REQUEST FOR WITHDRAWAL; (2) MOTION TO PROCEED IN FORMA PAUPERIS; AND (3) MOTION FOR APPOINTMENT OF COUNSEL** |

     On August, 11, 2008, this Court sua sponte dismissed Plaintiff's complaint without prejudice for improper venue. [Doc. No. 6.] In that order, the Court also denied Plaintiff's motions to amend, to proceed in forma pauperis, and for appointment of counsel as moot. Hours before the Court issued that order, Plaintiff paid a filing fee and filed the above captioned motions. In light of the Court's order dismissing this action for improper venue, the Court also **DENIES** these new motions at moot.

     IT IS SO ORDERED.

DATED: August 15, 2008

                                                                                         *Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge